699 A.2d 697

IN THE MATTER OF JAMES F. MC COOLE,
AN ATTORNEY AT LAW.

September 25, 1997.

## ORDER

**JAMES F. MC COOLE** of **ORADELL**, who was admitted to the bar of this State in 1986, having pleaded guilty to one count of grand larceny in the second degree, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JAMES F. MC COOLE** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

.ORDERED that **JAMES F. MC COOLE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JAMES F. MC COOLE** comply with *Rule* 1:20–20 dealing with suspended attorneys.